IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| BONNIE HEATHER MILLER and LEAGUE OF WOMEN VOTERS OF ARKANSAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN THURSTON, in his official capacity as Secretary of State of Arkansas,<br><br>*Defendant.* | Case No. 5:20-cv-05163-TLB<br><br>Hon. Timothy L. Brooks |

**PLAINTIFFS' MOTION TO EXPEDITE BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Bonnie Heather Miller and the League of Women Voters of Arkansas ("Plaintiffs") respectfully move this Court, pursuant to 28 U.S.C. § 1657, to set an expedited briefing schedule on Plaintiffs' Motion for Preliminary Injunction, ECF No. 3. Plaintiffs' Brief in Support of the Preliminary Injunction Motion was filed with this court on September 2, 2020, ECF No. 4 Due to the important constitutional rights at issue in this case, along with the impending deadlines for ballot printing, Plaintiffs request the following expedited schedule for the remaining briefing on the Motion:

- Defendant's Response: September 9, 2020
- Plaintiffs' Reply: September 11, 2020
- Plaintiffs' request oral argument by September 14, 2020.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion to Expedite Briefing on the Plaintiffs' Motion for Preliminary Injunction. in accordance with the dates set out above, or at such time as this Court deems proper.

Date:   September 2, 2020

                                                Respectfully submitted,

                                                /s/ David Couch

| Ruth Greenwood* | David A. Couch |
| --- | --- |
| Campaign Legal Center | 1501 North University Ave |
| 125 Cambridgepark Drive | Suite 228 |
| Cambridge, MA 02140 | Little Rock, AR 72207 |
| rgreenwood@campaignlegal.org | (501) 661-1300 |
| (202) 560-0590 | arhog@icloud.com |
| | |
| | Christopher Lamar* |
| | Campaign Legal Center |
| | 1101 14th Street NW, Suite 400 |
| | Washington, DC 20005 |
| | clamar@campaignlegal.org |
| | (202) 736-2200 |

                                                *Attorneys for the Plaintiff*

\* Pro Hac Vice admissions forthcoming

## CERTIFICATE OF SERVICE

I certify that on September 2, 2020, I caused a copy of the foregoing motion to be served upon counsel for Defendant by e-mail at the address below. I will also contact Counsel for Defendant by phone to confirm that he will accept service on behalf of Defendants.

Gary L. Sullivan
Managing Attorney
Arkansas Secretary of State's Office
500 Woodland St.  Suite 256
Little Rock, AR 72201
Phone 501.682-3401
gary.sullivan@sos.arkansas.gov

                                                /s/ David A. Couch
                                                David A. Couch

                                                *Counsel for Plaintiffs*