IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| BONNIE HEATHER MILLER, and LEAGUE OF WOMEN VOTERS OF ARKANSAS,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN THURSTON, in his official capacity as Secretary of State of Arkansas,<br><br>*Defendant.* | Case No. 5:20-cv-05163-TLB<br><br>Hon. Timothy L. Brooks |

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Plaintiff League of Women Voters of Arkansas ("the League"), who is a Plaintiff, makes the following disclosures:

1. The League is not a publicly held corporate or publicly held entity.

2. The League does not have any parent corporations.

3. Ten percent or more of the stock of the League is not owned by a publicly held corporation or other publicly held entity.

4. There is no other publicly held corporation or publicly held entity that has a direct financial interest in the outcome of the litigation.

                                              Respectfully submitted,

                                              /s/ David Couch

| | |
|---|---|
| Ruth Greenwood*<br>Campaign Legal Center<br>125 Cambridgepark Drive | David A. Couch<br>1501 North University Ave<br>Suite 228 |

Cambridge, MA 02140
rgreenwood@campaignlegal.org
(202) 560-0590

Little Rock, AR 72207
(501) 661-1300
arhog@icloud.com

Christopher Lamar*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
clamar@campaignlegal.org
(202) 736-2200

*Attorneys for the Plaintiff*

\* Pro Hac Vice admissions forthcoming